# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SULFCO, LLC, a Georgia Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV419-255 |
| SUBGALLAGHER INVESTMENT TRUST, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Stephen E. O'Day and Derek M. Andre's motion to withdraw as counsel of record, doc. 22. The Court notes that a third attorney at Smith, Gambrell & Russell, LLP—Dana M. Richens—has filed a document into this case. Doc. 12. While Richens does not appear to have signed any pleadings, it is unclear to the Court whether attorneys O'Day and Andre anticipate continued representation via Richens. Accordingly, defense counsel are **DIRECTED** to inform the Court within five days from the date of this order whether the firm—and all of its attorneys—are withdrawing as counsel of record, or merely the two identified in the withdrawal motion.

**SO ORDERED,** this 8th day of April, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA