FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 11:23 am, Nov 20, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SULFCO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SUBGALLAGHER INVESTMENT TRUST; PATRICIA MOORE, as Trustee of the SubGallagher Investment Trust and in her individual capacity; and JOHN DOES 1–50, | CIVIL ACTION NO.: 4:19-cv-55 |

**O R D E R**

This matter comes before the Court following the parties' telephonic status conference on November 19, 2020.  Defendant SubGallagher Investment Trust is currently without counsel.  The Court granted Defendant SubGallagher's counsel's motion to withdraw on October 27, 2020, and Defendant has been unrepresented since then.  Doc. 52.  As a corporate entity, Defendant SubGallagher must retain counsel.  Defendant has until December 1, 2020, to retain counsel.  Additionally, the Court **ORDERS** the parties to appear for a telephonic status conference on December 2, 2020 at 1:30 PM.  The undersigned's courtroom deputy, Kim Mixon, will provide dial-in instructions to the parties beforehand.  **All counsel for parties must appear at the status conference.**

**SO ORDERED**, this 20th day of November, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA