IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SAVANNAH DIVISION

| | | |
|---|---|---|
| SULFCO, LLC<br>　　Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-00255 |
| SUBGALLAGHER INVESTMENT TRUST,<br>　　Defendant. | § § § § | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Patricia Lee Moore ("Moore"), and files this her Suggestion of Bankruptcy in the above-captioned cause, and in support thereof would respectfully show the Court as follows:

1. On March 15, 2021, Moore filed a Voluntary Petition pursuant to Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, commencing Case No. 21-30451-7. Pursuant to 11 U.S.C. §362, an automatic stay is in effect until further order of the Bankruptcy Court or termination by operation of law.

Respectfully submitted,

SHEILS WINNUBST
A Professional Corporation

By: _/s/ T. Craig Sheils_
    T. Craig Sheils
    State Bar No. 18187350


1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Telephone No.: (972) 644-8181
Telecopier No.: (972) 644-8180
*Craig@sheilswinnubst.com*


ATTORNEY FOR PATRICIA MOORE


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Suggestion of Bankruptcy was served upon counsel of record for Plaintiff via first class mail on this 29th day of March, 2021.

                                      _/s/ Kimberly A. Quirk_
                                      Kimberly A. Quirk

# SHEILS WINNUBST PC

## WOOLEY | ANDREWS
*Attorneys and Counselors*
1100 ATRIUM II
1701 N. COLLINS BLVD.
RICHARDSON, TEXAS 75080
(972) 644-8181

T. CRAIG SHEILS
craig@sheilswinnubst.com

FACSIMILE (972) 644-8180

March 29, 2021

Clerk, U.S. District Court
Southern District of Georgia
125 Bull Street
Savannah, GA 31401

      Re:    *Sulfco, LLC v. Subgallagher Investment Trust;*
              *Cause No. 4:19-cv-00255-WTM-CLR.*

Dear Clerk:

Enclosed please find an original and one copy of a Suggestion of Bankruptcy for filing in the above-referenced matter. After filing, please forward the file-marked copy in the self-addressed, stamped envelope provided.

Thank you for your attention to this matter. Should you have any questions, please call.

                                       Very truly yours,

                                       Candace Anderson,
                                       Legal Assistant

cc:    Client
        Bret A. Beldt
        Edwin W. King, Jr.

SHEILS WINNUBST PC
WOOLEY | ANDREWS
1701 N. Collins Boulevard, Suite 1100
Richardson, Texas 75080

NORTH TEXAS TX 750
30 MAR 2021 PM 6 L

RECEIVED
U.S. Marshals Service
Savannah Georgia

Clerk, U.S. District Court
Southern District of Georgia
125 Bull Street
Savannah, GA 31401

31401-376281

$0.710
US POSTAGE
FIRST-CLASS
062S0007239179
75080
B79154.08
stamps.com